2:18-mn-02873-RMG    Date Filed 01/21/20    Entry Number 473    Page 1 of 1
Case 6:19-cv-02366-WWB-EJK   Document 33   Filed 01/22/20   Page 1 of 1 PageID 504
Case MDL No. 2873   Document 576   Filed 01/17/20   Page 1 of 1



A TRUE COPY
ATTEST: ROBIN L. BLUME, CLERK

BY: *Sandra S. Shealy*
DEPUTY CLERK

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

**IN RE: AQUEOUS FILM-FORMING
FOAMS PRODUCTS LIABILITY LITIGATION**

|  |  |  |
|---|---|---|
| Sanford Airport Authority v. 3M Company, et al., | ) | |
| M. D. Florida, C.A. No. 6:19-02366 | ) | MDL No. 2873 |

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Sanford Airport*) on December 23, 2019. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Sanford Airport* filed a notice of opposition to the proposed transfer. Plaintiff has now withdrawn its opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-22" filed on December 23, 2019, is LIFTED. The action is transferred to the District of South Carolina for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Richard M. Gergel.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel